No. 657, Misc. TROIANI *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 659, Misc. SLIVA *v.* PENNSYLVANIA ET AL. C. A. 3d Cir. Certiorari denied.

No. 661, Misc. FERRAN *v.* ILLINOIS CENTRAL RAILROAD Co. ET AL. C. A. 5th Cir. Certiorari denied. *Felicien Y. Lozes* for petitioner. *Harry B. Kelleher, Stanley E. Loeb* and *J. W. Freels* for respondents. ▮

No. 662, Misc. CARTER *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 665, Misc. FORTE *v.* WALKER, WARDEN, ET AL. Supreme Court of Louisiana. Certiorari denied.

No. 666, Misc. SMITH *v.* RHAY, PENITENTIARY SUPERINTENDENT. Supreme Court of Washington. Certiorari denied.

No. 667, Misc. NAYLOR *v.* WALKER, WARDEN, ET AL. Supreme Court of Louisiana. Certiorari denied.

No. 668, Misc. MITCHELL *v.* ELLIS, CORRECTIONS DIRECTOR, ET AL. Court of Criminal Appeals of Texas. Certiorari denied.

No. 670, Misc. SMITH *v.* SETTLE, WARDEN. C. A. 8th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Marshall* and *Harold H. Greene* for respondent.

No. 672, Misc. OSTER *v.* COLORADO. Supreme Court of Colorado. Certiorari denied.